# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-09-00188-CV

**Nobell Communications, Inc., d/b/a Nobell Communications of Delaware, f/k/a Nobell Communications, Inc., a Texas Corporation, Appellant**

**v.**

**Andrew Heller and Harvey Ring, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-07-000225, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

### NO. 03-08-00694-CV

**Nobell Communications, Inc., d/b/a Nobell Communications of Delaware, f/k/a Nobell Communications, Inc., a Texas Corporation, Appellant**

**v.**

**Carmelo M. Gordian, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-08-004214, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Nobell Communications and appellees Andrew Heller, Harvey Ring, and Carmelo M. Gordian have filed joint motions requesting the Court to consolidate the

two above-referenced cause numbers for all purposes. The Court grants the motions and consolidates the two above-referenced causes for all purposes, including preparation of the appellate record, briefing, and submission. The consolidated appeal shall proceed under cause number 03-09-00188-CV, styled as *Nobell Communications, Inc. d/b/a Nobell Communications of Delaware f/k/a Nobell Communications, Inc., a Texas Corporation v. Andrew Heller, Harvey Ring, and Carmelo M. Gordian*, and shall proceed under a single appellate record, consisting of the clerk's record previously filed in cause number 03-08-00694-CV, supplemented with additional materials from trial court cause number D-1-GN-07-000225.[1] *See* Tex. R. App. P. 34.5(c). Cause number 03-08-00694-CV is hereby dismissed.

The parties' motion for extension of time to file briefs is also granted. The appellant's brief shall be due 60 days from the date the consolidated record is completed and the appellees' briefs shall be due 60 days from the date the appellant's brief is filed.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed

Filed:   May 29, 2009

---

[1] When completing the consolidated appellate record, the district court clerk need not duplicate materials previously included in the clerk's record for cause number 03-08-00694-CV.